**Order entered January 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00048-CV

### IN RE ALEXANDER RIVKIN, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54745-2016**

## ORDER

Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's January 13, 2020 petition

for writ of habeas corpus.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE